**FILED**
September 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )      Case No. MAG. 05-0274-GGH
            Plaintiff,       )
v.                           )      ORDER FOR RELEASE OF
                             )      PERSON IN CUSTODY
AIDA MAGANA,                 )
                             )
            Defendant.       )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  AIDA MAGANA , Case No.  MAG. 05-0274-GGH , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __     Release on Personal Recognizance

   __     Bail Posted in the Sum of $__

   ✔      Unsecured Appearance Bond

   __     Appearance Bond with 10% Deposit

   __     Appearance Bond with Surety

   __     Corporate Surety Bail Bond

   ✔     (Other)        Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 28, 2005  at  2:30 pm  .


                                        By    /s/ Gregory G. Hollows
                                              _____
                                              Gregory G. Hollows
                                              United States Magistrate Judge

Copy 5 - Court